DANIEL J. BRODERICK, Bar #89424
Federal Defender
JEREMY KROGER, Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RUCHIKA CHAWLA



FILED
FEB 04 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUCHIKA CHAWLA,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)

1:10CR45-SMS
~~No. 1:08-mj-0257 DLB~~

WAIVER OF DEFENDANT'S PERSONAL
PRESENCE AT PRETRIAL PROCEEDINGS;
[PROPOSED] ORDER THEREON

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, RUCHIKA CHAWLA, having been advised of her right to be present at all stages of the proceedings, hereby requests that this Court proceed in her absence on every occasion that the Court may permit, pursuant to this waiver. This request includes, without limitation, any "arraignment, plea, . . . [or] sentencing" in this matter, as expressly contemplated by Rule 43(b)(2). Defendant agrees that her interests shall be represented at all times by the presence of her attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this Court allow her attorney-in-fact to represent her interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the defendant of the requirement of her appearance at said time and place.

///

1 | Defendant makes this request because Defendant currently resides in India, and Defendant would like
2 | to accept the government's offer of a fine and community service in this matter, without the additional
3 | burden that would fall upon her if she were required to travel to Fresno at this time.
4 | This request is made pursuant to Federal Rule of Criminal Procedure 43(b)(2) and (3).

6 | Dated: 2/2/2010

*Ruchika Chawla*
RUCHIKA CHAWLA

9 | Dated: 2/3/10

JEREMY S. KROGER
Assistant Federal Defender
Counsel for Defendant

14 | **O R D E R**

15 | GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendant's appearance may be
16 | waived at any and all proceedings for which waiver is permitted under Federal Rule of Criminal Procedure
17 | 43(b)(2) until further order.
18 | DATED: 2/4/10

Magistrate Judge
United States District Court
Eastern District of California

Waiver of Defendant's Personal
Presence at Pretrial Proceedings     2